# EXHIBIT 1: DANA GRONDIN AND STACIE BLOUIN-GRONDIN: PLAN CALCULATION, SCHEDULE OF PROPOSED ALLOWED CLAIMS, AND DIVIDEND ANALYSIS

## PART 1: PLAN

| | Administrative Claim of Counsel | City of Bath Uns Claim $1,096.67 interest at 7%(2013-17) $214.46 interest at 8%(2018) | Priority Bath Water District $12,634.96 + Priority Uns Claim $2,433.31 + $211.20 interest at 7%(2014-2017) ($125.61 + $12.51 interest at 8%(2018)) | IRS Priority Claim ($12,145.95 + $900.34 interest at 6%) | CIT Secured Claim Mortgage arrears | Mid Coast Hospital Secured Claim | Worldwide Asset Purchasing, LLC Secured claim | General Unsecured | Total Plan Contribution / Distribution |
|---|---|---|---|---|---|---|---|---|---|
| **Claim Amount** | $ 50,000.00 | $ 16,100.31 | $ 2,782.63 | $ 13,046.29 | $ 41,516.83 | $ 6,959.19 | | $ 16,225.73 | $ 180,000.00 |
| **Initial** | $ (3,500.00) | $ (1,000.00) | $ (500.00) | $ (1,000.00) | $ - | $ - | | $ - | $ (6,000.00) |
| **Running Balance** | $ 46,500.00 | $ 15,100.31 | $ 2,282.63 | $ 12,046.29 | $ 41,516.83 | $ 6,959.19 | | $ 16,225.73 | |
| **1st Annual** | $ (3,000.00) | $ (8,000.00) | $ (1,000.00) | $ (6,000.00) | | | | | $ (18,000.00) |
| **Running Balance** | $ 43,500.00 | $ 7,100.31 | $ 1,282.63 | $ 6,046.29 | $ 41,516.83 | $ 6,959.19 | | $ 16,225.73 | |
| **2nd Annual** | $ (3,570.77) | $ (7,100.31) | $ (1,282.63) | $ (6,046.29) | | | | | $ (18,000.00) |
| **Running Balance** | $ 39,929.23 | $ - | $ - | $ - | $ 41,516.83 | $ 6,959.19 | | $ 16,225.73 | |
| **3rd Annual** | $ (9,000.00) | | | | $ (10,600.00) | $ (3,000.00) | | $ (5,000.00) | $ (27,600.00) |
| **Running Balance** | $ 30,929.23 | $ - | $ - | $ - | $ 30,916.83 | $ 3,959.19 | | $ 11,225.73 | |
| **4th Annual** | $ (9,000.00) | | | | $ (10,600.00) | $ (3,000.00) | | $ (5,000.00) | $ (27,600.00) |
| **Running Balance** | $ 21,929.23 | $ - | $ - | $ - | $ 20,316.83 | $ 959.19 | | $ 6,225.73 | |
| **5th Annual(Final)** | $ (9,000.00) | | | | $ (12,640.81) | $ (959.19) | | $ (5,000.00) | $ (27,600.00) |
| **Running Balance** | $ 12,929.23 | $ - | $ - | $ - | $ 7,676.02 | $ - | | $ 1,225.73 | |
| **6th Annual** | $ (8,000.00) | | | | $ (7,676.02) | | | $ (1,225.73) | $ (27,600.00) |
| **Running Balance** | $ 4,929.23 | $ - | $ - | $ - | $ - | $ - | | $ - | |
| **7th Annual(Final)** | $ (4,929.23) | | | | | | | $ (22,670.77) | $ (27,600.00) |
| **Total Unsecured Distribution** | | | | | | | | $ 22,670.77 | |
| | | | | | | | | **Total Plan Cash** $ 33,369.02 | $ (180,000.00) |

## PART 2: SCHEDULE OF PROPOSED ALLOWED CLAIMS AND DIVIDEND ANALYSIS

| General Unsecured Claims | Claim No. | Amount Claimed or Scheduled | Proposed Allowed Unsecured Amount | Pro Rate Share | Distribution Amount - 6th Annual | Distribution Amount - 7th Annual | TOTAL DISTRIBUTIONS |
|---|---|---|---|---|---|---|---|
| United Student Aid Funds, Inc. | #2 | $ 413,989.18 | $ 413,989.18 | 93.72% | $ 10,026.02 | $ 21,246.25 | $ 31,272.28 |
| Central Maine Power | #3 | $ 1,961.27 | $ 2,523.43 | 0.57% | $ 61.11 | $ 129.50 | $ 190.62 |
| US Department of Education | #6 | $ 17,584.05 | $ 17,584.05 | 3.98% | $ 425.85 | $ 902.43 | $ 1,328.28 |
| Internal Revenue Service | #7 | $ - | $ 213.58 | 0.05% | $ 5.17 | $ 10.96 | $ 16.13 |
| Credit First | Sch. F | $ 203.00 | $ 203.00 | 0.05% | $ 4.92 | $ 10.42 | $ 15.33 |
| Martin's Point Healthcare | Sch. F | $ 2,481.85 | $ 2,481.85 | 0.56% | $ 60.11 | $ 127.37 | $ 187.48 |
| Mid Coast Hospital | Sch. F | $ 4,019.74 | $ 4,019.74 | 0.91% | $ 97.35 | $ 206.30 | $ 303.65 |
| Mainehealth | Amended Sch. F | $ - | $ 731.51 | 0.17% | $ 17.72 | $ 37.54 | $ 55.26 |
| **TOTAL UNSECURED CLAIMS POOL** | | $ 440,239.09 | $ 441,746.34 | 100.00% | $ 10,698.25 | $ 22,670.77 | $ 33,369.02 |
| Total Unsecured Distribution (from PART ONE above) | | | $ 33,369.02 | | | | |
| **PROJECTED DIVIDEND** | | | **7.55%** | | | | |