## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| In Re: 17-20490-MAF | ) | **Chapter 11 Proceeding** |
| | ) | |
| **Dana A. Grondin dba Wood Finish Plus and Stacie L. Blouin-Grondin** | ) | |
| **Debtor** | ) | |
| | ) | |
| **MTGLQ Investors, LP** | ) | |
| **Movant** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Dana A. Grondin dba Wood Finish Plus and Stacie L. Blouin-Grondin and, Trustee** | ) | |
| **Respondent** | ) | **October 16, 2019** |

### OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN

MTGLQ Investors, LP, successor in interest to CIT Bank, N.A., the Class 2 claimant (the "Creditor") hereby objects to confirmation of the Debtors' Plan for cause as set forth below.

1.  The Debtors have not stayed current on the post-petition mortgage payments due pursuant to the terms of the security interest, and as of October 10, 2019, are post-petition contractually due for the July 1, 2019 payment. See post-petition payment history attached hereto as Exhibit A.

2.  The Plan is not reasonable as it delays payment of the pre-petition mortgage arrearage to the Creditor for three years and four months (40 months total) from the effective date of the Plan. Additionally, the bankruptcy case is already over two years old, for a total delay in commencement of repayment to the Creditor of over 5 and ½ years from the date of the filing of the Debtors' bankruptcy petition.

3.  The Plan is not reasonable in that the total period of time to pay the pre-petition

arrearage to the Creditor is over 8 and ½ years from the date of the filing of the Debtors'

bankruptcy petition.

4.    The Plan is not reasonable in that the repayment to the Creditor is based on annual

disbursements as opposed to monthly installments.

5.    Based on the Debtor's August and September 2019 operating reports the Plan is not

feasible in violation of 11 U.S.C. § 1129(11).

6.    The Plan is not proposed in good faith in violation of 11 U.S.C. § 1129(a)(3).

By /s/ Andrew S. Cannella
Andrew S. Cannella
The Movant's Attorney
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT 06032
Phone (860) 677-2868
Fax (860) 409-0626
Email: BKECF@bmpc-law.com





Exhibit A

| Loan#: | |
|---|---|
| Borrower: | GRONDIN, DANA |
| Date Filed: | 9/13/2017 |
| First Post Due Date: | 10/1/2017 |
| Case#: | 17-20490 |
| POC covers: | 07/01/2015 - 09/01/2017 |
| Trustee Pay All: | NO-CHAP11 |

| PAYMENT CHANGES | | | | |
|---|---|---|---|---|
| DATE | P&I | ESCROW | TOTAL | REFERENCE |
| 10/1/2017 | $1,042.36 | $381.75 | $1,424.11 | Filed on POC |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |

 = Redacted information

| POST-PETITION | | | | | |
|---|---|---|---|---|---|
| Date Received | Amount Received | Post-petition Date Due Date | Post-petition Amount Due | Debtor Suspense | Comment |
| Beginning Bal | $0.00 | | $0.00 | $0.00 | |
| 10/11/2017 | $1,366.01 | | | $1,366.01 | |
| 11/6/2017 | $1,425.00 | 10/1/2017 | $1,424.11 | $1,366.90 | |
| 12/11/2017 | $1,425.00 | 11/1/2017 | $1,424.11 | $1,367.79 | |
| 1/25/2018 | $1,425.00 | 12/1/2017 | $1,424.11 | $1,368.68 | |
| 3/28/2018 | $1,199.43 | 1/1/2018 | $1,424.11 | $1,144.00 | |
| 4/26/2018 | $1,199.43 | 2/1/2018 | $1,424.11 | $919.32 | |
| 6/4/2018 | $1,199.43 | 3/1/2018 | $1,424.11 | $694.64 | |
| 7/9/2018 | $1,200.00 | 4/1/2018 | $1,424.11 | $470.53 | |
| 7/27/2018 | $1,500.00 | 5/1/2018 | $1,424.11 | $546.42 | |
| 8/31/2018 | $1,500.00 | 6/1/2018 | $1,424.11 | $622.31 | |
| 9/28/2018 | $1,500.00 | 7/1/2018 | $1,424.11 | $698.20 | |
| 11/28/2018 | $1,500.00 | 8/1/2018 | $1,424.11 | $774.09 | |
| 1/2/2019 | $1,500.00 | 9/1/2018 | $1,424.11 | $849.98 | |
| 1/30/2019 | $1,500.00 | 10/1/2018 | $1,424.11 | $925.87 | |
| 3/25/2019 | $1,500.00 | 11/1/2018 | $1,424.11 | $1,001.76 | |
| 4/29/2019 | $1,500.00 | 12/1/2018 | $1,424.11 | $1,077.65 | |
| 6/11/2019 | $1,500.00 | 1/1/2019 | $1,424.11 | $1,153.54 | |
| 7/12/2019 | $1,500.00 | 2/1/2019 | $1,424.11 | $1,229.43 | |
| 8/12/2019 | $1,500.00 | 3/1/2019 | $1,424.11 | $1,305.32 | |
| 8/14/2019 | $1,500.00 | 4/1/2019 | $1,424.11 | $1,381.21 | |
| 8/28/2019 | | | | $1,381.21 | RLMS Acquired |
| 9/17/2019 | $1,500.00 | 5/1/2019 | $1,424.11 | $1,457.10 | |
| | | 6/1/2019 | $1,424.11 | $32.99 | |
| | | | | $32.99 | |
| | | | | $32.99 | |
| | | | | $32.99 | |
| | | | | $32.99 | |
| | | | | $32.99 | |
| | | | | $32.99 | |
| | | | | $32.99 | |
| | | | | $32.99 | |
| | | | | $32.99 | |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

IN RE:  Dana A. Grondin dba Wood    )
Finish Plus and Stacie L. Blouin-         Case No.  17-20490-MAF
Grondin

                                     )    **Chapter 11 Proceeding**
            Debtor            )    **October 16, 2019**

### CERTIFICATION OF SERVICE

I hereby certify that on this 16th day of October, 2019, a copy of Objection to Confirmation of Plan was served to the following:

Dana A. Grondin dba Wood Finish Plus and
Stacie L. Blouin-Grondin
Debtor
722 Main Road
Phippsburg, ME 04562
*Via First Class Mail*

Central Maine Power
Attention:  President
83 Edison Drive
Augusta, ME  04336-0001
*Via First Class Mail*

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA  19101-7346
*Via First Class Mail*

Christopher Keach
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
*Via Electronic Notice of Filing*

Credit Acceptance Corporation
Attention:  President
83 Edison Drive
Augusta, ME  04336-0001
*Via First Class Mail*

Credit First, N.A.
Attention:  President
Post Office Box 81315
Cleveland, OH  44181-0315
*Via First Class Mail*

Martin's Point Healthcare
Attention: President
33 Veranda Street, Building 6
Portland. ME 04103-5545
*Via First Class Mail*

United Student Aid Funds, Inc.
Attention: President
Post Office Box 8961
Madison. WI 53708-8961
*Via First Class Mail*

Mid Coast Hospital
Attention: President
121 Medical Center Drive
Brunswick, ME 04011-2664
*Via First Class Mail*

US Department of Education
Attention: President
Claims Filing Unit
Post Office Box 8973
Madison, WI 53708-8973
*Via First Class Mail*

By */s/ Andrew S. Cannella*
Andrew S. Cannella
Movant's Attorney
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT 06032
Phone: (860) 677-2868
Fax: (860) 409-0626
Email: BKECF@bmpc-law.com