UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| In re: | |
|---|---|
| DANA A. GRONDIN AND STACIE L. BLOUIN-GRONDIN | Chapter 11 Case No. 17-20490-MAF |
| Debtor(s). | |

### AFFIDAVIT OF DEBTOR'S NON-COMPLIANCE

I, Jody Lee, hereby depose and state under oath as follows:

1. I am a Bankruptcy Account Representative (title) for SN Servicing Corporation ("**SN Servicing**"), the servicing agent for U.S. Bank Trust as Trustee of the Dwelling Series IV Trust ("**U.S. Bank Trust**").

2. I am of at least eighteen (18) years of age.

3. In the regular performance of my job functions, I am familiar with business records maintained by SN Servicing for the purpose of servicing mortgage loans. These records (which include data compilations, electronically imaged documents, and others) are made at or near the time of the event recorded by SN Servicing. It is the regular business practice of SN Servicing's mortgage servicing business to make these records. Additionally, it is the regular business practice of SN Servicing to obtain, incorporate into its own business records, and rely upon the business records of prior mortgage loan originators and prior mortgage loan servicers, which records are necessary and helpful to the transitioning of servicing responsibilities

from mortgage loan originators to mortgage loan servicers, and between successive mortgage loan servicers. In connection with this affidavit, I had access to the business records maintained by SN Servicing that are pertinent to the bankruptcy case of Dana A. Grondin and the property located at 772 Main Road, Phippsburg, Maine. I have acquired the knowledge of the matters stated herein by personally examining them.

## STATEMENT OF MATERIAL FACTS

4. Dana A. Grondin and Stacie L. Blouin-Grondin (the "**Debtors**") are individuals who assert an ownership interest in the Property.

5. U.S. Bank Trust has a principal place of business located at 7114 E. Stetson Drive, Suite 250, Scottsdale, Arizona.

6. On June 1, 2007, the Debtors executed and delivered to Indymac Bank, F.S.B. (the "**Lender**") a note in the original amount of $315,250.00 (the "**Note**"). Simultaneously therewith, as security for the obligations under the Note, the Debtors executed and delivered to Mortgage Electronic Registration Systems, Inc. as nominee for the Lender, a mortgage (the "**Mortgage**") on the Property.

7. U.S. Bank Trust is the assignee of the Note and Mortgage.

## The Bankruptcy

8. On September 13, 2017, the Debtors filed a Chapter 13 petition, commencing the above-captioned case.

9. On February 6, 2019, the case was converted to one under Chapter 11.

10. On November 14, 2019 at Doc No. 160, this Court confirmed the Debtors' 13 plan (the "**Plan**"), which provides for the cure of prepetition arrears and

maintenance of ongoing post-petition payments owed pursuant to the Note and Mortgage.

11.    The confirmed Plan provides that the Debtors shall make post-petition monthly payments and additional payments to cure the pre-petition arrears. The Plan also provides that if the Debtors fail to make said payments the secured creditor may be granted relief from the automatic stay via an affidavit of non-compliance after providing notice and 14 days to cure.

12.    On June 30, 2023, counsel for U.S. Bank Trust sent a notice of default (the "**Notice**") to Debtors' counsel via email and first-class mail. U.S. Bank Trust also sent a copy of the notice to the Debtors via first-class mail.

13.    The Notice outlined the Debtor's default on payments which was in the amount of $7,726.38 consisting of:

    a.    Three (3) payments due (April 2023 through June 2023 @ $2,575.46 per month).

14.    More than fifteen days have passed since the notice of default was served on Debtors' counsel.

15.    Since the date of the Notice, the Debtor has not cured the arrears owed to U.S. Bank Trust.

16.    The total amount of post-petition default now equals $11,097.56 consisting of:

    a.    $12,877.30 for May 2023 – September 2023 regular and cure payments (5 x $2,575.46); less

    b.  $1,779.74 being held in suspense funds.

WHEREFORE, U.S. Bank Trust respectfully requests that this Honorable Court enter an order granting it relief from the automatic stay and for such other relief as deemed just and proper.

   Signed under the pains and penalties of perjury this __19th__ day of __September__ 2023.

                */s/ Jody Lee*

              Name: Jody Lee

On this ____ day of _____ 2023, before me, the undersigned notary public personally appeared _____ as aforesaid, proved to me through satisfactory evidence of identification, which was _____, to be the person who signed the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

*Please see the attached California notarial certificate. Thank you.*

_____
Notary Public:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| In re:<br><br>DANA A. GRONDIN,<br><br>Debtor(s). | Chapter 11<br>Case No. 17-20490-MAF |
|---|---|

## CERTIFICATE OF SERVICE

I, Joan Egdall, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have this 18th day of September, 2023 served on behalf of U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust as serviced by SN Servicing Corporation an <u>Affidavit of Non-Compliance</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent to all parties entitled to service per the Federal Rules of Bankruptcy Procedure by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically.

| | |
|---|---|
| Dana A. Grondin<br>Stacie L. Blouin-GRondin<br>722 Main Road<br>Phippsburg, ME 04562 (M) | Christopher J. Keach, Esq.<br>Molleur Law Office<br>190 Main Street, 3rd Floor<br>Saco, ME 04072 (ECF) |
| Office of U.S. Trustee<br>537 Congress Street, Suite 300<br>Portland, ME 04101 (ECF) | Stephen G. Morrell, Esq.<br>Office of the U.S. Trustee<br>537 Congress Street<br>Portland, ME 04101 (ECF) |
| Jennifer H. Pincus, Esq.<br>Office of the United States Trustee<br>537 Congress Street, Suite 303<br>Portland, ME 04101 (ECF) | James F. Molleur, Esq.<br>Molleur Law Office<br>190 Main Street, 3rd Floor<br>Saco, ME 04072 (ECF) |
| Tanya Sambatakos, Esq.<br>Molleur Law Office<br>190 Main Street, 3rd Floor<br>Saco, ME 04072 (ECF) | |

# CALIFORNIA JURAT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )

County of Humboldt  )

Subscribed and sworn to (or affirmed) before me on this __19__ day of __September__, 20__23__, by __Jody Lee__,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ANGELA K. VIALE
Notary Public - California
Humboldt County
Commission # 2392060
My Comm. Expires Feb 24, 2026

(Seal)

Signature _Angela K Viale_

Comm Expires: 2/24/2026

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

This certificate is attached to a document titled/for the purpose of

Affidavit of Debtor's non-Compliance

containing __6__ pages, and dated __9/19/2023__

### Additional Information

**Method of Affiant Identification**

Proved to me on the basis of satisfactory evidence:
- [X] form(s) of identification   [ ] credible witness(es)

Notarial event is detailed in notary journal on:
Page # __99__   Entry # __12__

Notary contact: 707.476.2685

**Other**
- [X] Affiant(s) Thumbprint(s)   [ ] Describe: _____

© Copyright 2007-2018 Notary Rotary, PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved.   Item Number 101884. Please contact your Authorized Reseller to purchase copies of this form.